**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01386-CV

**HARRY DAVIS D/B/A FIRST HOME CONSULTING, Appellant**

**V.**

**CITIBANK, N.A., AS TRUSTEE FOR, WAMU SERIES 2007-HE2 TRUST, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12737**

## ORDER

We **GRANT** appellant's June 20, 2013 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on June 20, 2013 filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE